PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
JEFFREY SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULA SALCEDO,<br><br>Defendant. | CASE NO. 1:22-CR-00070-SAB<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND RESET FOR INITIAL APPEARANCE; ORDER<br><br>DATE: May 31, 2022<br>TIME: 3:00 P.M.<br>COURT: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Mikhail Dempsey, counsel for the plaintiff, and Assistant Federal Defender Jaya Gupta, counsel for defendant Paula Salcedo, that the Court vacate the preliminary hearing currently scheduled for May 31, 2022, at 3:00 p.m. and reset the matter for an initial appearance on the criminal information.

On May 19, 2022, following Ms. Salcedo's initial appearance on the criminal complaint, the United States filed a criminal information charging Ms. Salcedo with a violation of 26 U.S.C. § 7213A, a Class A Misdemeanor. In light of the filing of the information in this case, the parties agree that the Court should vacate the preliminary hearing set for May 31, 2022, and instead set an initial appearance on the information for May 31, 2022, at 2:00 p.m. on the duty calendar.

**IT IS SO STIPULATED**.

SALCEDO STIPULATION                                    1

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | | |
| 3 | | By:  /s/ALEXANDRE DEMPSEY |
| 4 | | ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated:  May 27, 2022 | By:  /s/  JAYA C. GUPTA |
| 7 | | JAYA C. GUPTA<br>Attorney for Defendant<br>PAULA SALCEDO |

SALCEDO STIPULATION            2

**ORDER**

**IT IS SO ORDERED THAT t**he Court vacates the preliminary hearing scheduled for May 31, 2022, at 3:00 p.m and converts it to an initial appearance. However, the Court will maintain the time since this Court is not the duty court.  If the parties wish to continue the initial appearance to the Court's regularly scheduled misdemeanor calendar the Court will entertain such a stipulated request.   The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

SALCEDO STIPULATION                                3