1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  PAULA SALCEDO

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00070-SAB |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
13 | vs. | |
14 | PAULA SALCEDO, | DATE:   December 15, 2022<br>TIME:   10:00 a.m. |
15 | Defendant. | JUDGE: Hon. Stanley A. Boone |

16

17   **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19  Federal Defender Eric V. Kersten, counsel for defendant Paula Salcedo, that the status

20  conference currently set for December 8, 2022 at 10:00 a.m. be continued to December 15, 2022

21  at 10:00 a.m., or the soonest time thereafter convenient to the court.

22   ///

23   ///

24

25

26

27

28

Defendant Salcedo's assigned counsel, Jaya Gupta, has left the Office of the Federal Defender for the Eastern District of California and this short continuance will provide continuity of counsel by allowing extra time for the office to determine who shall represent defendant Salcedo going forward. Accordingly, the parties request a continuance to December 15, 2022.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2022         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
PAULA SALCEDO


PHILLIP A. TALBERT
United States Attorney

Date: December 2, 2022         */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


## **ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for December 8, 2022 at 10:00 a.m. is continued to December 15, 2022 at 10:00 a.m.  Defendant is ordered to appear unless there is a written waiver on file.

IT IS SO ORDERED.

Dated:   **December 2, 2022**                                  
                                                                    UNITED STATES MAGISTRATE JUDGE

Case 1:22-cr-00070-SAB   Document 25   Filed 12/02/22   Page 3 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Salcedo: Stipulation to Continue

3