1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare St. Ste. 330
4  Fresno, CA 93721
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorney for Defendant
   PAULA A. SALCEDO
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:22-cr-00070-SAB

12            Plaintiff,               MOTION TO DESIGNATE COMMUNITY
                                       SERVICE ORGANIZATION; ORDER
13  vs.
                                       Judge: Hon. Stanley A. Boone
14  PAULA A. SALCEDO,

15

16            Defendant.

17         On February 15, 2024, the Court modified Paula A. Salcedo's probation and ordered an

18  additional term of probation expiring March 16, 2025.  As a condition of probation, the Court

19  ordered Ms. Salcedo to complete 50 hours of community service at an approved nonprofit

20  organization and to seek approval prior to March 15, 2024.  Ms. Salcedo asks the Court to approve

21  Poverello House, located in Fresno, to perform her community service hours.  Tasks to be

22  performed while volunteering for Poverello House include food preparation and service and

23  sorting and folding clothing.

24                              Respectfully submitted,

25                              HEATHER E. WILLIAMS
                                Federal Defender
26

27  Date: February 16, 2024      /s/ Laura Myers
                                 LAURA MYERS
28                               Assistant Federal Defender
                                 Attorney for Defendant
                                 PAULA A. SALCEDO

1

2                                    **O R D E R**

3        **IT IS SO ORDERED.**  Defendant may perform the required community service hours at

4   Poverello House in Fresno.

5

6   IT IS SO ORDERED.

7   Dated:   **February 16, 2024**        _____

8                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Salcedo - Motion                          -2-