HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, BAR #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PAULA A. SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00070-SAB |
| Plaintiff, | **JOINT MOTION TO TERMINATE PROBATION; ORDER** |
| vs. | |
| PAULA A. SALCEDO, | |
| Defendant. | |

The parties, through their respective counsel, United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Paula Salcedo, jointly move under 18 U.S.C. § 3564(c) for the Court to terminate probation in this matter.

Section 3564(c) grants this Court the power to terminate a term of probation at any time in the case of a misdemeanor, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c).

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

On March 16, 2023, Ms. Salcedo pled guilty to one count of unauthorized inspection of returns, in violation of 26 U.S.C. § 2713A. This Court imposed a sentence of one year of unsupervised probation and a total financial penalty of $1025, to be paid in installments of $105 per month. (ECF #31).

On January 24, 2024, probation filed a 12C petition alleging that Ms. Salcedo failed to timely pay the monetary penalty. Ms. Salcedo admitted to the allegation on February 15, 2024. The same day, this Court extended Ms. Salcedo's probation for an additional 12 months and ordered her to complete 50 hours of community service before June 30, 2024. (ECF #40).

On February 16, 2024, this Court approved Ms. Salcedo's request to complete her community service hours at Poverello House in Fresno. (ECF #39). Ms. Salcedo has now completed the hours ordered. (*See* Attachment A). In addition, she paid the remainder of her financial penalty on February 13, 2024.

The government does not believe it has any interest in a further probationary period given Ms. Salcedo's compliance.

Further, early termination of probation is in the interests of justice in this case. Ms. Salcedo recently received a job offer that was then rescinded due to her probation status. Ms. Salcedo had disclosed her conviction and probation status prior to receiving the job offer and was told to proceed with the hiring process; however, it turned out that the organization's state contract did not allow her to be hired while on probation. She was encouraged to re-apply once she is no longer on probation.

The parties therefore jointly move for probation to be terminated based on Ms. Salcedo's compliance and in the interests of justice.

Respectfully submitted,

PHILIP TALBERT
United States Attorney

Date: March 28, 2024

*/s/ Jeffrey Spivak*
Jeffrey Spivak
Assistant United States Attorney
Attorney for Plaintiff

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 28, 2024 | */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>PAULA A. SALCEDO |

## O R D E R

The Court hereby grants the parties' request to terminate probation.

IT IS SO ORDERED.

Dated:   **March 28, 2024**

UNITED STATES MAGISTRATE JUDGE